AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

_Charley James_
)
)
)
)
)
)
)
Petitioner

v.

)    Case No. _____ 26-140 "P"(2) _____
)            (Supplied by Clerk of Court)

_Carolyn Thomas_
)
)
)
Respondent
(name of warden or authorized person having custody of petitioner)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a)  Your full name: _Charley James_
    (b)  Other names you have used: _None_

2.  Place of confinement:
    (a)  Name of institution: _Rayburn Correctional Center_
    (b)  Address: _27268 HWY-21 N._
    _Angie, La. 70426_
    (c)  Your identification number: _#392836_

3.  Are you currently being held on orders by:
    ☐ Federal authorities     ☒ State authorities     ☐ Other - explain:
    _____

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
        (a)  Name and location of court that sentenced you: _New Orleans_
        _Criminal District Court_
        (b)  Docket number of criminal case: _516-143_
        (c)  Date of sentencing: _5-23-13    5-18-15_
    ☐ Being held on an immigration charge
    ☐ Other _(explain):_ _____
    _____
    _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not file a third appeal:

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                        ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☑ Yes                ☐ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                        ☑ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☑ No

If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Violation of 8th amendment
Armed Robbery was moved from 1998 to 1986
(was born in 1979)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Second step Response form

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

GROUND TWO: Altered in Breach of plea agreement

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Was promised through District Courts plea agreement for good-time credit Was under 85% for 9 yrs. total when received credit for H1 set my act was changed to Act 150

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

GROUND THREE: _____

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: L D P S C

(b) Docket number, case number, or opinion number:  # RCC-2025-208

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
Promised Good-Time credit through plea agreement in Criminal District Courts on (5-18-15)

(d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.    First appeal

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes        ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: L D P S C

(2) Date of filing: 5-7-25 /(3-10-25)

(3) Docket number, case number, or opinion number: # RCC - 2025 - 208

(4) Result: Denied

(5) Date of result: 1st step (4-25-25) / second step (7-10-25)

(6) Issues raised: After in breach of plea bargain agreement and my 8th amendment violation

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes        ☐ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: United States District Court

   (2) Date of filing: 1-8-26

   (3) Docket number, case number, or opinion number: #25-2374

   (4) Result: dismissed without predjuce

   (5) Date of result: 1-26-26 /(12-22-25)

   (6) Issues raised: 8th amendment violated, Breach of plea agreement by District Courts and LPDSC

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☐ No

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:

   (3) Docket number, case number, or opinion number:

   (4) Result:

   (5) Date of result:

   (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes              ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15.  State exactly what you want the court to do: order D.O.C. to Abide by plea agreement From District Court (5-18-15)

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

2-3-26

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-3-26

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any