CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page   1

SECTION "G"   Judge: THE HONORABLE BYRON C WILLIAMS
Minute Clerk: MARCELLE BUTSCHER
Court Reporter: VICTOR DIGIORGIO
Assist. D.A.: LAURA RODRIGUE, MICHAEL DANON, GORDON KUEHL

Date: MONDAY, May 18, 2015
Case Number: 516-143
State of Louisiana
        versus
CHARLEY JAMES                    Violation: RS 14 64.1

THE DEFENDANT, CHARLEY JAMES, APPEARED BEFORE THE COURT FOR TRIAL WITH COUNSEL, LEON ROCHE.

THE DEFENDANT, THROUGH COUNSEL, ENTERED INTO A PLEA AGREEMENT WITH THE STATE; WHEREIN, THE STATE AGREED NOT TO MULTIPLE BILL DEFENDANT JAMES IN THIS MATTER.

THE STATE AMENDED COUNT 1 OF THE BILL OF INFORMATION TO READ RS 14 64.1 FIRST DEGREE ROBBERY.

THE DEFENDANT, THROUGH COUNSEL, WITHDREW ALL FORMER PLEAS AND IN LIEU THEREOF ENTERED A PLEA.

AS TO COUNT 1, RS 14 64.1 FIRST DEGREE ROBBERY, GUILTY AS CHARGED.

THIS COURT PERSONALLY INTERROGATED THE DEFENDANT AS TO HIS RIGHTS TO HAVE A TRIAL BY JUDGE OR JURY AND HIS  RIGHT TO APPEAL IF CONVICTED; HIS  RIGHT TO FACE HIS  ACCUSERS, CROSS EXAMINE THE WITNESSES AGAINST HIM  AND ENTER EVIDENCE IN HIS OWN BEHALF; HIS  RIGHT TO REMAIN SILENT AT HIS  TRIAL WHICH COULD NOT BE HELD AGAINST HIM , OR TO TESTIFY IN HIS  OWN BEHALF; AND HIS  RIGHT AGAINST SELF-INCRIMINATION, RIGHT TO COMPULSORY PROCESS AND TO SUBPOENA WITNESSES ON HIS  OWN BEHALF.  THE DEFENDANT ACKNOWLEDGED THAT HE  UNDERSTOOD THOSE RIGHTS AND THAT BY PLEADING GUILTY, HE  WAS GIVING UP THOSE RIGHTS.  THE COURT THEN FOUND THAT THE DEFENDANT FREELY AND VOLUNTARILY WAIVED HIS RIGHTS ACCORDED BY LAW AND THAT THERE WAS A SUBSTANTIAL FACTUAL BASIS TO ENTERTAIN A PLEA OF GUILTY.  THE COURT ORDERED THE PLEA RECORDED.

THE DEFENDANT, CHARLEY JAMES, THROUGH COUNSEL WAIVED ALL DELAYS AND REQUESTED IMMEDIATE SENTENCING.

THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNT   1, RS 14 64.1:

20 YEARS, AT THE DEPARTMENT OF CORRECTIONS AT HARD LABOR, WITH GOOD TIME CREDIT.

THIS SENTENCE IS CONCURRENT WITH THESE CASES: ANY OTHER SENTENCE IMPOSED.

THIS SENTENCE IS TO RUN CONCURRENT WITH AND IS COTERMINOUS WITH ANY OTHER SENTENCE.

THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED FROM 05/23/13.

THE FOLLOWING FINES, COSTS, OR FEES ARE ASSESSED:

$286.50 FOR FELONY COURT COSTS;
$ 20.00 DA COSTS ASSESSED (R.S. 16:16.3);

(CONTINUED)

Clerk's Office  7.13.15
A True Copy
                    Deputy Clerk
by
Hon. Arthur A. Morrell
Clerk of Criminal District Court

SCANNED

```
·CASE:  516-143     D O C K E T   M A S T E R      DATE:  07/20/2015
SECTION: G                                          TIME:    8:03:47
CLASS: 2                                             PAGE:          4
                    ORLEANS PARISH CRIMINAL DISTRICT COURT
```

================================================================================
  DATE      PROCEEDINGS
================================================================================

                                                                    BUTSCHERM
2/02/2015    >NOTIFY DEF.COUNSEL. >PDOJL

                                                                    BUTSCHERM
3/23/2015    >DEFENDANT, CHARLEY JAMES APPEARED WITH COUNSEL, LEON ROCHE FOR
             TRIAL >ON ORAL MOTION BY THE STATE, THE COURT GRANTED A
             CONTINUANCE DUE TO TRIAL IN PROGRESS, STATE V. CHARLEY JAMES,
             CASE NO. 521-237, G >TRIAL CONTINUED TO 05/18/15 >SEND NOTICES.
             >NOTIFY DEF.COUNSEL. >PDOJL

                                                                    BUTSCHERM
5/11/2015    >AS TO DEEFENDANT, CHARLEY JAMES: STATE MOVED THAT THIS MATTER
             BE SET ON 5/12/15; GRANTED. LATER, ATTORNEY, LEON ROCHE, MOVED
             THE STATE TO DECLARE WHICH CASE IT INTENDS TO PROCEED WITH ON
             5/18/15. STATE ADVSIED THAT IT HAS NOT YET MADE THAT
             DETERMINATION. >DISCOVERY HEARING SET FOR 05/12/15 >DEFENDANT'S
             PRESENCE NOT REQUIRED.

                                                                    BUTSCHERM
5/12/2015    >THE DEFENDANT, CHARLEY JAMES APPEARED FOR DISCOVERY HEARING
             WITH COUNSEL, LEON ROCHE STATE OFFERED PLEA AGREEMENT IN THIS
             MATTER. PRE-TRIAL HELD TO NO AVAIL. >TRIAL SET FOR 05/18/15
             >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
             >AS TO DEFENDANT CHARLEY JAMES: STATE MOVED THE COURT TO ISSUE
             INSTANTER SUBPOENAS TO WITNESSES TO APPEAR 5/11/15 FOR TRIAL.**
             **CLERK OF COURT, PLEASE PROCESS INSTANTERS FOR 5/11/15 TRIAL.**

                                                                    BUTSCHERM
5/15/2015    >AS TO DEFENDANT, CHARLEY JAMES: IN OPEN COURT STATE FILED:
             -MOTION AND ORDER FOR MATERIAL WITNESS WARRANT AND BOND (3);
             GRANTED. COURT ISSUED $20,000.00 MATERIAL WITNESS WARRANTS FOR
             WITNESSES (3).

                                                                    BUTSCHERM
5/18/2015    >THE DEFENDANT, CHARLEY JAMES APPEARED FOR TRIAL WITH COUNSEL,
             LEON ROCHE THE DEFENDANT, THROUGH COUNSEL, ENTERED INTO A.PLEA
             AGREEMENT WITH THE STATE; WHEREIN, THE STATE AGREED NOT TO
             MULTIPLE BILL DEFENDANT JAMES IN THIS MATTER. >COUNT 1 AMENDED
             TO RS 14 64.1 FIRST DEGREE ROBBERY >DEFENDANT PLED GUILTY LIEU·
             THEREOF ENTERED A PLEA. >FOR COUNT 1 RS 14 64.1 PLED GUILTY AS
             CHARGED. >CHARLEY JAMES DEFENDANT WAIVED DELAYS. >SENTENCE: >AS
             TO COUNT    1, RS 14 64.1: >20 YEARS, AT THE DEPARTMENT OF
             CORRECTIONS AT HARD LABOR, WITH GOOD TIME CREDIT. >CONCURRENT
             WITH THESE CASES: ANY OTHER SENTENCE IMPOSED >CONCURRENT AND
             COTERMINOUS WITH ANY OTHER SENTENCE. >CREDIT FOR TIME SERVED
             FROM 05/23/13 >THE FOLLOWING FINES, COSTS, OR FEES ARE
             ASSESSED: >$286.50 FOR FELONY COURT COSTS; >$ 20.00 DA COSTS
             ASSESSED (R.S. 16:16.3); COURT RECOMMENDS DEFENDANT FOR ANY AND
             ALL DOC SELF-HELP PROGRAMS HE MAY BE ELIGIBLE FOR, INCLUDING,
             BUT NOT LIMITED TO GED. COURT ORDERED DEFENDANT IMMEDIATELY
             TRANSPORTED TO DOC. >CASE CLOSED, THIS DEFENDANT.
             >LATER, AS TO DEFENDANT, CHARLEY JAMES STATE MOVED THAT THE
             THREE (3) MATERIAL WITNESS BONDS BE WITHDRAWN AND VACATED;
             GRANTED. COURT ORDERED MATERIAL WITNESS BONDS ISSUED ON 5/15/15
             BE WITHDRAWN, VACATED, AND SET ASIDE. >COUNT 1 AMENDED TO RS 14
             64.1 FIRST DEGREE ROBBERY

========================================= END OF DOCKET MASTER =========================================

lerk's Office  7-13-15 cv.
                A True Copy

                            Deputy Cler
by _____
     Hon. Arthur A. Morrell
     Clerk of Criminal District Court

Case 2:26-cv-00140-JTM-JVM   Document 3-1   Filed 03/02/26   Page 3 of 20

# *Certificate of Achievement*

is awarded this 29th day of August 2024 to

## CHARLEY JAMES

#392836

## "Student of the Quarter"

## 'Level D'

at

## B.B. "Sixty" Rayburn Correctional Center

_Ms. Lasonda Luper_

**Ms. Lasonda Luper, Education Coordinator**

_Pepper Van Norman_

**Ms. Pepper Van Norman, Teacher**

© 2016 Great Papers

10016D

```
DATE: 01/09/25              DPS&C CORRECTIONS SERVICES              TIME: 09:30
AMENDED: 10/25/24               MASTER RECORD                       PAGE 1
-------------------------- D E S C R I P T I O N --------------------------
DOC #..: 00392836       CURRENT LOC: RAYBURN CORR CENTER
NAME: JAMES, CHARLEY                      B/M     DOB.......: 01/26/1979

SID NUMBER: 001727349   FBI NUMBER: 448970EB9    SOC.SEC....: 434412395
DRIVER LIC:             -                        STRIKE.....: NO
HGT.......: 6`03        WEIGHT....: 170          HAIR.......: BLACK
EYES......: BROWN       COMPLEXION: DARK BROWN   SHOE SIZE.: 120
PRIMARY LANGUAGE: ENGLISH
******************* R E L E A S E   I N F O R M A T I O N *******************
DN                                        DNA: Y
OFFENDER CLASS: 02      GT ACT.: ACT1099       TEST DATE: 03/25/2004
WRED: 01/10/2026
PED: NOTELG             DS  ...: 05/10/2030          FTD: 05/11/2033
ECC DATE:   / /         ADJUSTED.: 01/10/2030

PB ACTION..:                                      TOTAL SENTENCE
                        MS ON TOTAL LOSS OF GT    020YRS/ 00MTH/ 00DAYS
TYPE ACTION:            TO DATE: 0240
ACTION DATE:             RESTORED:    0
                        CTRP Release Factor: 465 DAYS
COMMENTS: AWARDED CTRP PRE-GED MAXED NO CHANGE


DETAINER: Y    DETAINER INFO: LETTER OF  NOTIFICATION

-------------------- O F F E N S E   I N F O R M A T I O N --------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 516143 | ORL | NA | 05/18/15 | / | FIRST DEGREE ROBB | 001 | 0200000 | NA | | 099 | 0738 |

*Exhibit #2* 3

*Letter to Wardens 2-14-25.*

*150 Act*

9

```
DATE: 12/17/24              DPS&C CORRECTIONS SERVICES          TIME: 13:43
AMENDED: 10/25/24                MASTER RECORD                      PAGE 1

---------------------------- D E S C R I P T I O N ----------------------------
DOC #..: 00392836          CURRENT LOC: RAYBURN CORR CENTER
NAME: JAMES, CHARLEY                       B/M     DOB.......: 01/26/1979

SID NUMBER: 001727349     FBI NUMBER: 448970EB9   SOC.SEC....: 434412395
DRIVER LIC:               -                       STRIKE.....: NO
HGT.......: 6`03          WEIGHT....: 170         HAIR.......: BLACK
EYES......: BROWN         COMPLEXION: DARK BROWN   SHOE SIZE.: 120
PRIMARY LANGUAGE: ENGLISH
********************** R E L E A S E     I N F O R M A T I O N ******************
DN                                                DNA: Y
OFFENDER CLASS: 02        GT ACT.: ACT1099         TEST DATE: 03/25/2004
WRED: 01/11/2027
PED: NOTELG              DS   ...: 05/10/2030        FTD: 05/11/2033
ECC DATE:   /  /        ADJUSTED.: 01/10/2030

PB ACTION..:                                      TOTAL SENTENCE
                        MS ON TOTAL LOSS OF GT     020YRS/ 00MTH/ 00DAYS
TYPE ACTION:            TO DATE: 0240
ACTION DATE:              RESTORED:     0
                     CTRP Release Factor: 465 DAYS
COMMENTS: AWARDED CTRP PRE-GED MAXED NO CHANGE


DETAINER: Y   DETAINER INFO: LETTER OF  NOTIFICATION


-------------------- O F F E N S E  I N F O R M A T I O N --------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 516143 | ORL | NA | 05/18/15 | / | FIRST DEGREE ROBB | 001 | 0200000 | NA | | 099 | 0738 |

My workrelease date never changed. Can you please tell them to fix this? my original date is 01-10-26. ——— this is the current date How can my workrelase date get pushed back one year and one day for getting my hi-set?

```
DATE: 02/12/25              DPS&C CORRECTIONS SERVICES           TIME: 12:38
AMENDED: 02/12/25               MASTER RECORD                    PAGE 1
```

-------------------------------- D E S C R I P T I O N ----------------------------

```
DOC #..: 00392836          CURRENT LOC: RAYBURN CORR CENTER
NAME: JAMES, CHARLEY                      B/M      DOB.......: 01/26/1979

SID NUMBER: 001727349    FBI NUMBER: 448970EB9    SOC.SEC....: 434412395
DRIVER LIC:              -                        STRIKE.....: NO
HGT.......: 6`03         WEIGHT....: 170          HAIR.......: BLACK
EYES......: BROWN        COMPLEXION: DARK BROWN    SHOE SIZE.: 120
PRIMARY LANGUAGE: ENGLISH
```

********************* R E L E A S E   I N F O R M A T I O N *******************

```
DN                                                    DNA: Y
OFFENDER CLASS: 02       GT ACT.: ACT 150          TEST DATE: 03/25/2004
WRED: 01/12/2030
PED: 05/11/2033         DS   ...: 05/11/2033        FTD: 05/11/2033
ECC DATE:   /  /       ADJUSTED.: 01/11/2033

PB ACTION..:
                        MS ON TOTAL LOSS OF GT      TOTAL SENTENCE
                        TO DATE: 0240              020YRS/ 00MTH/ 00DAYS
TYPE ACTION:
ACTION DATE:            RESTORED:    0
                       CTRP Release Factor: 465 DAYS
COMMENTS: CORRECTED GOOD TIME ACT PRIOR COV


DETAINER: Y     DETAINER INFO: LETTER OF  NOTIFICATION
```

------------------- O F F E N S E   I N F O R M A T I O N -------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 516143 | ORL | NA | 05/18/15 | / | FIRST DEGREE ROBB | 001 | 0200000 | NA | | 150 | 0738 |

*Exhibit #5*

```
DATE:12/09/2025              DPS&C CORRECTIONS SERVICES          CRANNUAL
TIME:13:12              CAJUN II - OFFENDER ANNUAL ASSESSMENT    PAGE:1
```

DOC#: 00392836       NAME: JAMES, CHARLEY              BIRTH DATE: 01/26/1979

RACE/SEX: B/M        RELEASING LOCATION: RAYBURN CORR CENTER

SID#..: 001727349    WRED: 01/11/2029         OFFENDER CLASS: 02

PED...: NOTELG     GTD.: NOTELG      DGTD: 01/11/2033   FTD.: 05/11/2033
SERVED:     11     LOSS GOOD TIME:  0240 DAYS

LIVING ASSIGN:      SNOW 3

RELEASING FROM MEDICAL OR MENTAL HEALTH UNIT:

JOB ASSIGNMENT....: FARMWKR/GRNHOUSE

VIOLENT OFFENSES.:   2                   SEX OFFENSES:  0

GANG:

MARTIAL STATUS...: MARRIED               # OF CHILDREN.......: 01

ASSESSMENT DATE..: 12/09/2025            NEXT ASSESSMENT DATE: 12/09/2026

TIGER RISK SCORE...:     - Low      TIGER RISK DATE.....: 02/14/2025

SOAP DATE/DECISION:

---

## R E E N T R Y

FAMILY SUPPORT.........: NO          SEX OFFENDER TREATMENT...: N/A

ANGER MANAGEMENT.......: COMPLETED   VOCATIONAL SKILLS........: N/A

SUBSTANCE ABUSE TRMNT..: NEEDS       12 STEP PROGRAM .........: N/A

---

## P R E R E L E A S E

PROBATION & PAROLE PREP......: COMPLETED    EMPLOYMENT PLAN..........: NO

RESIDENCE PLAN...............: NO          DISCHARGE PLAN...........: NO

INTERSTATE COMPACT INITIATION: NO          COMPLETED PRE RELEASE:
                                           P1 TO P10 COURSES: ALL
                                           PHASE1:  / PHASE2:

---

## D I S C H A R G E   R E F E R R A L S

```
MEDICAL REFERRAL..............:        MEDICAL MEDICATION.............:
MENTAL HEALTH REFERRAL........:        MENTAL HEALTH MEDICATION......:
SUBSTANCE ABUSE REFERRAL......:        EDUCATION REFERRAL............:
GOVERNMENT ASSISTANCE.........:
```

DOC #..: 00392836    NAME..: JAMES, CHARLEY                    PG:   2

---

## I D   F O R M S

|  |  | DATE |  | DATE |  |
|--|--|------|--|------|--|
| SSN.................: | YES | APPLIED: | 20230310 | RECEIVED.: | 20230404 |
| BIRTH CERT/CARD.....: | N/A | APPLIED: | | RECEIVED.: | |
| DRIVERS LIC/STATE ID: | NEEDS | APPLIED: | | RECEIVED.: | |
| MEDICAID NUMBER.....: | | APPLIED: | | SUBMITTED: | |
| MEDICAID PLAN.......: | | | | CARD RECEIVED: | |
| OSHA................: | N/A | OTHER..: NOT APPLICABLE | | | |

---

## E D U C A T I O N / V O C A T I O N A L

EDUCATION CLAIMED AT INTAKE:   11TH GRADE

| CLASS | LITERAL | BEG DATE | END DATE | E.R. | COMP.EXIT | READ.EXIT | MATH.EXIT | LANG.EXIT |
|-------|---------|----------|----------|------|-----------|-----------|-----------|-----------|
| ABE03 | ABE-DEV STUDIES CLASS 3 | 20050408 | 20050601 | D | 12.9 | 12.9 | 12.9 | 12.9 |
| GED06 | PRE-GED CLASS 6 | 20150714 | 20170412 | D | 5.9 | 5.4 | 6.8 | 5.2 |
| GED06 | PRE-GED CLASS 6 | 20170504 | 20180704 | D | 9.1 | 9.0 | 8.1 | 9.2 |
| GED01 | PRE-GED CLASS 1 | 20221031 | 20230220 | D | 0 | 3 | 3 | 3 |
| GED01 | PRE-GED CLASS 1 | 20240322 | 20241126 | G | 0 | 3 | 3 | 3 |
| SRVSF1 | | 20250113 | 20250314 | C | 0 | 4 | 3 | 4 |
| IC301 | | 20250212 | 20250821 | D | 0 | 4 | 3 | 4 |
| CLA01 | | 20250124 | | | | | | |
| WELD03 | WELDING CLASS 3 | 20250820 | | | | | | |
| WELDL1 | | 20250820 | | | | | | |
| WELDL2 | | 20250820 | | | | | | |
| TABE | TEST SCORES ONLY | 20250820 | | | 0 | 4 | 3 | 3 |

|  |  |
|--|--|
| LITERACY............: | ADULT BASIC ED: |
| SPECIAL EDUCATION...: | GED...........: COMPLETED |
| EDUCATION REFERRAL..: | |

*ER CODES -- D = DROP, T = TRANSFER  G = GRADUATE, C = COMPLETE

---

## P R O G R A M   P A R T I C I P A T I O N / O T H E R   S K I L L S   A Q U I R E D

| CTRP PROGRAM | COMPLETE. DATE | PARTICIPATION BEGIN DT. | END DT |
|--------------|----------------|-------------------------|--------|
| P01  PERSONAL DEVELOPMENT | 20171102 | | |
| P02  PROBLEM SOLVING & DECISION MAKING | 20171102 | | |
| P03  ANGER MANAGEMENT | 20171102 | | |
| P04  VALUES CLARIF, GOAL SETTNG & ACHV | 20171102 | | |
| P05  VICTIMS AWARENESS & RESTITUTION | 20171102 | | |
| P06  EMPLOYMENT SKILLS | 20171102 | | |
| P07  JOB PLACEMENT ASSISTANCE | 20171102 | | |
| P08  MONEY MANAGEMENT | 20171102 | | |
| P09  REENTRY SUPPORT RESOURCES | 20171102 | | |
| P10  COUNSEL ON INDVDUAL COMM RE-ENTRY | 20171102 | | |
| 311  INSIDE/OUT DAD | 20171115 | | |
| 306  ANGER MANAGEMENT: CAGE YOUR RAGE | 20180502 | | |
| 322  THINKING FOR A CHANGE | 20180531 | | |

DOC #..: 00392836    NAME..: JAMES, CHARLEY                        PG:  3

## V O C A T I O N A L   S K I L L S   O B T A I N E D

CULINARY ARTS (SERVSAFE)

## I N C A R C E R A T E D   W O R K   H I S T O R Y / S K I L L S

CLAIMED AT INTAKE
COOKING               LANDSCAPING

CAREER SCOPE: NONE

INSTITUTIONAL JOBS
 2022
 =========================
 DISHWASHER
 FARMWKR/GRNHOUSE

## I N S T I T U T I O N A L   C O N D U C T

LOSS OF GOOD TIME IN LAST 90 DAYS:  000 DAYS

|                                           | YEAR   | # OF CONVICTIONS |
|-------------------------------------------|--------|------------------|
| # SCHEDULE B VIOLATIONS: (MORE SERIOUS)   | 2023 --| 008              |
|                                           | 2024 --| 009              |
|                                           | 2025 --| 002              |
| # POSITIVE DRUG SCREENS:                  | 2023 --| 000              |
|                                           | 2024 --| 000              |
|                                           | 2025 --| 001              |
| # SCHEDULE A VIOLATIONS:                  | 2023 --| 003              |
|                                           | 2024 --| 004              |
|                                           | 2025 --| 000              |

DOC #..: 00392836   NAME..: JAMES, CHARLEY                          PG:   4

## F A I T H   B A S E D   P R O G R A M   P A R T I C I P A T I O N

| Year | Status |
|------|--------|
| 2023 | ACTIVE |
| 2024 | ACTIVE |
| 2025 | ACTIVE |

(ACTIVE=55%,OCCASIONAL=<55%,NON-PARTICIPATION)

## R E L A T I O N   R E C O R D   S U M M A R Y

| FIRST NAME | LAST NAME | REL CODE | PHONE NUMBER | EMER FLAG | SEQ NUM |
|------------|-----------|----------|--------------|-----------|---------|
| ANNA | PERKINS | GRM | 5043946050 | N | 01 |
| PATRICE | JAMES | MOT | 5046692047 | N | 02 |
| CHARLEY | CLAYTON | FAT | | N | 03 |
| ROSALYN | HAYWOOD | GRM | 5049751129 | N | 04 |
| SHALINDA | SCOTT | AUN | 5042012065 | N | 05 |
| DAVID | VALERIE | BRO | 2254328901 | Y | 06 |

## F A M I L Y   S U P P O R T / V I S I T S

| Year | Status |
|------|--------|
| 2023 | NONE |
| 2024 | NONE |
| 2025 | NONE |

(FREQUENT = 6-12 ANNUAL, OCCASIONAL = 3-5 ANNUAL, SELDOM = <3 ANNUAL)

## I N M A T E   C L U B S   A N D   O R G A N I Z A T I O N S

PREPARED BY
CLASSIFICATION
OFFICER:          _____        DATE:_____
                  SIGNATURE


                  _____        _____
                  PRINTED NAME/TITLE                       OFFENDER

2nd step
extension

1-28-25
4

## This is a Grievance Under the Administrative Remedy Procedure

In my bill of information I was sentenced to no multi-bill and to receive good-time at hard labor. I've been under 1099 Act for over (11) eleven year's and been at R.C.C. for almost (3) three year's. I received my Hi-set and my WRED was messed-up and I asked Warden Karla Wheat and Warden Beckham to fix it and they did. After that my Act was changed. Ms. Jennifer Ellington stated my record was audited and the error was found. Another social worker told me inmate's don't get audited. Ms. Carolyn Thomas stated my current charge of First Degree Robbery should have been calculated under Act 150 to be served flat at the time I was sentenced. I was also under investigation for a ranking officer and recently received a write-up for theft and aggravated disobedience so I became a target to have to go through an audit when I received my Hi-set and a certification of ServSafe. I was refused camera footage and there's a pending investigation for the write-up. During my incarceration i've never received these many write-up's anywhere but R.C.C. I don't have a parole date. My good-time is still on my master record and flat time is a multi-bill. I'm going to continue to rehabilitate myself upon my release. Certain positive inmate's are target's at R.C.C. This mean's my plea bargain has been breached.

## Relief Requested

I'm requesting to be transferred. I'm requesting for the retaliation to cease. Two letter's are enclosed from Ms. Carolyn Thomas and Jennifer Ellington.

Charly Jones

I'm requesting for Headquarter's to review my bill of information, Court minute, docket master, District Attorney's Statement of Fact's.

(Enclosed are achievements)

1) Vet's Prep Class

2) Serv Safe Domain Summary

3) High School Equivalency Diploma

4) Certificate of Achievement Hi-set

Course Name:ServSafe Food Protection Manager Certification Examination
Student:CHARLEY JAMES

Case 2:26-cv-00140-JTM-JVM    Document 3-1    Filed 03/02/26    Page 13 of 20

| Test Form | Pass Percent Score | Your Percent Sc |
|-----------|--------------------|-----------------| 
| 10911 | 70% | 72% |

# DOMAIN SUMMARY

| Domain | % Score |
|--------|---------|
| Domain 01: Mgmt of Food Safety Practices | 50% |
| Domain 02: Hygiene and Health | 83% |
| Domain 03: Safe Recpt, Stor, Trans, and Disp of Food | 100% |
| Domain 04: Safe Prep and Cooking of Food | 53% |
| Domain 05:Safe Service and Display of Food | 88% |
| Domain 06: Cleanliness and Sanitation | 75% |
| Domain 07: Facilities and Equipment | 58% |

Case 2:26-cv-00140-JTM-JVM    Document 3-1    Filed 03/02/26    Page 14 of 20

Massey v. La. Dep't of Pub. Safety & Corr.

Supreme Court of Louisiana

October 15, 2014, Decided

No. 2013 - C - 2789

RECEIVED
MAY 0 7 2025
BY: ..........................

# State of Louisiana

## High School Equivalency Diploma

*This certifies that*

# Charley James

*has satisfactorily completed the Louisiana High School Equivalency Test which represents an educational achievement equivalent to completion of the Course of Study prescribed by the State of Louisiana. Therefore, in recognition of such educational achievement, we award this Equivalency Diploma from the Louisiana Community & Technical College System.*

*Given this 26th Day of November A.D. 2024.*



Monty Sullivan
President, Louisiana Community and
Technical College System



Willie L. Mount
Chair, Louisiana Community and
Technical College System
Board of Supervisors

Certificate Number: TNee0a877a-233146b2

Date of Issuance: 11/26/2024

**VETERANS INCARCERATED**
**VET'S PREP CLASS**
**B.B "Sixty" Rayburn Correctional Center**

## Congratulations !

*Charley James* **#392836**    January 30, 2025

You have successfully completed your 6 month stay in the Vet's Prep class. If you apply the skills you have learned, you will achieve your desired goals in which you seek. Remember, you play the most important role in your own education. Hard work will pay off in any educational endeavor you may pursue. You have improved in the last 6 months, and I have no doubt that you will continue to succeed. Congratulations again and remember, you hold the key to your future. Good luck.

Vice Commander of Education,

Jonathan Mason

Post Commander,

Walter Sologaistoa

Vet's Sponsor

Asst. Warden Karla Wheat

30-45-mon-14-A
workout
Started

7:00
8:18
Shakedown
April 15th
Tuesday

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

7

TO:  James, Charley 392836                    SNOW 3
                                              Living Quarters

Response to request dated , received in this office on 03/10/2025

Your complaint has been reviewed and investigated.

Your allegations have been considered. All pertinent documentation surrounding your request have been reviewed. Per Department Regulation OP-D-1 Diminution of sentence shall not be allowed for an offender in the custody of the Department, if the instant offense is a second offense crime of violence as defined by La. R.S. 14:2(B), when the instant offense is committed on or after August 27, 1994. (Act 150 of the 1995 Third Extraordinary Session). A review of your record indicates that you had a prior conviction under La R. S. 14:64 Armed Robbery on February 4, 1998.  Due to this offenses being listed as a crime of violence pursuant to La. R.S. 14:2(B) at the time that you were convicted of your instant offense of La R.S. 14:64.1 First Degree Robbery, which is also a crime of violence, this would make your current offense a second crime of violence for the purpose of denying good time per Act 150 of 1995.

Your request for remedy is denied.

Prepared by: _____

_____4/25/25_____            _____
                  Date                                Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(X) I am not satisfied with this response and wish to proceed to Step Two.

Reason:
_____
_____
_____
_____

_____            _____
         Date                           Offender's Signature    DOC#

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

**CASE NUMBER:  RCC-2025-208**

**SECOND STEP RESPONSE FORM**
**(HEADQUARTERS)**

TO:  <u>James, Charley    392836</u>                          <u>RCC</u>
        Offender Name and Number                      Living Unit

Received in this Office on 05/07/2025:

Your request for an Administrative review of ARP #RCC-2025-208 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

You contend a violation of your 8th amendment right ex post facto law by placing you under Act 150 for a second crime of violence.  A review of your record indicates that you do not have a valid complaint.  You cite a violation of your 8th amendment right due to your conviction of Armed Robbery in 1986.  However, Act 150 does not apply to this sentence.  It is applied to the instant offense under Docket #516146 for First Degree Robbery.  Act 150 came into effect during the 1994 State Legislature and was in effect at the time your second crime of violence was committed.  Therefore, you cannot claim your 8th amendment has been violated on this offense as the law was in effect at the commission of the offense, constituting fair notice.  Your time calculation is considered correct and will not be amended in this instance.

No further investigation will be conducted.

_____                                    _____
              Date                                              Secretary's Signature or His Designee

recieved
on 31st
the
By mr. B"

7:00 - 11:00
7:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF DEFICIENT FILING

Charley James #392836
B.B. (Sixty) Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426

SUBJECT: 26-140 "P"(2) James vs Thomas

DATE OF ISSUANCE: 01/22/2026

**Your 2241 Petition for Writ of Habeas Corpus has been received but is deficient as noted below:**

A petition for writ of habeas corpus under 28 U.S.C. § 2241, submitted by a person in state custody, should be submitted on an approved form. This form has been enclosed for your convenience.

**Please return the completed form within 21 calendar days from the date of this letter.**

The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $5.00 for the cost of filing a habeas corpus petition. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached. *

**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

*\* If you are incarcerated and are applying for pauper status, you must submit a certified copy of your current trust fund account statement preceding the filing of the habeas corpus from the appropriate official where you are presently confined. The required certification is on the form being provided to you.*

**If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.**

Carol L. Michel
Clerk of the Court