**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Charley James #392836

PETITIONER

CASE NO. 26-140

Carolyn Thomas versus

SECTION:

Mrs. Ellington, U.S. Attorney General;
Through the U.S. Marshal Service;
and Warden Bickham, Et, AL.
RESPONDENT

SECT. PMAG.2

**APPLICATION FOR FEDERAL WRIT OF HABEAS CORPUS**
**UNDER 28 U.S.C. § 2241**

1. PRESENT PLACE OF CONFINEMENT Rayburn Correctional Center

2. NAME AND LOCATION OF COURT WHICH ENTERED JUDGMENT OF CONVICTION AND THE SENTENCE YOU ARE CURRENTLY SERVING: Criminal District Court of Orleans Parish, Louisiana /20 year's

3. INDICATE THE BASIS FOR YOUR PETITION, AND COMPLETE THE PORTIONS OF THE APPLICATION FORM INDICATED: I'm Sentenced to good-time credit through my plea bargain and it was changed by a breach.

This petition concerns:

1. _____ a conviction.

2. _____ a sentence. CAUTION: If you are attacking a sentence imposed under a federal judgment you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

3. __X____ jail or prison conditions.

4. _____ prison discipline.

5. _____ a parole problem.

6. _____ a detainer placed by the State of _____.

7. _____ a deportation order or a detainer placed by Immigration and Naturalization Service.

8. _____ other United States Marshal Service "Detainer "

1

3A.    PERSONS CHALLENGING A FEDERAL CONVICTION OR SENTENCE

1.    Name and location of court which entered judgment of conviction and the sentence you are currently serving and which is currently under attack. _____

2.    Date of judgment of conviction_____

3.    Length of sentence_____

4.    Name of sentencing judge_____

5.    Nature of offense(s) for which you were convicted (all counts)

6.    What was your plea?
( ) Not Guilty
( ) Guilty
( ) Nolo Contendere

If you entered a <u>guilty</u> plea to one count in indictment and <u>not guilty</u> to another count of same or separate indictment, give details:

7.    Type of trial: N/A
( ) Jury
( ) Judge Only

8.    Did you testify at trial? N/A
( ) Yes
( ) No

9.    Did you appeal from the judgment of conviction:
( ) Yes
( ) No

10.    If you did appeal, answer the following:
a.        Name of court_____
b.        Result of appeal_____
c.        Date of result_____
d.        Grounds raised_____

11.    Other than a direct appeal from the judgment of conviction and sentence, have you filed any petitions, applications or motions with respect to this judgment in any court, state or federal?
( ) **Yes**
( ) No

12.        If yes, give the following information:
a.             Name of court_____

b.             Nature of proceeding_____

_____

c.             Grounds raised_____

_____

_____

_____

_____1.      Did you receive an evidentiary hearing on petition, application or motion?
( ) Yes
( ) No

2.             If yes, give the following information:
Result_____

_____

Date of result_____

13.        Have you filed a motion under Section 2255 of Title 28 of the United States Code to vacated, set aside or correct the sentence imposed?
( ) Yes
( ) No
If yes, what grounds were presented? _____

_____

_____

14.        Do have any petition, application or appeal pending in any court, either state or federal?
( ) Yes
( ) No
If yes, give the following information:
a.             Name of court_____
b.             Nature of proceeding_____

_____

c.             Date of filing_____
d.             Suit number_____
e.             Current status (pending, on appeal, etc.)_____

15.        Have you been sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
( ) Yes
( ) No

3

16.   Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
( ) Yes
( ) No
If yes, give the following information:

a.   Name and location of the court which imposed the sentence to be served in the future:

b.   Give date and length of sentence to be served in the future:

c.   Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the future sentence?
( ) Yes
( ) No

3B.   PERSONS COMPLAINING OF JAIL OR PRISON CONDITIONS OR DISCIPLINE

1.   The name and location of the institution where the incidents and/or events complained of occurred: *Rayburn Correctional Center*

2.   Set forth your complaint(s) *I was sentenced to good-time credit through a plea agreement and was under 85% and the defendant(s) changed it to Act-150, removing my good-time earned.*

3.   Is there a prisoner grievance procedure in this institution ? N/A
(X) Yes
( ) No
If yes, what steps did you take in relating your complaint to the grievance board/screening officer? *1st and 2nd step*

4.   What was the result? *The Amendment's I asked not to be violated were violated.*

3C.   PERSONS CHALLENGING A DECISION BY A PAROLE BOARD OR COMMISSION

1.   Summarize briefly, in a clear and concise manner, the facts which support your claim.

_____

_____

2.   Have you presented this claim, or any other claim challenging the Parole Board, or Commission's decision, to the Nation Appeals Board, or any other available administrative agency for review? N/A
( ) Yes
( ) No
If yes, what was the result? _____

4

3D.    PERSONS CHALLENGING A STATE DETAINER

1.       Summarize briefly, in a clear and concise manner, the facts which support your claim._____

_____

_____

2.       Have you presented this claim, or any other claim concerning the legality of the state detainer placed against you to that state's highest court? (NOTE: Interstate Agreement on Detainers Act)
(   ) Yes
(   ) No

3E.    PERSONS CHALLENGING THE VALIDITY OF A DEPORTATION ORDER OR
DETAINER ISSUED BY THE IMMIGRATION AND NATURALIZATION SERVICE

1.       Summarize briefly, in a clear and concise manner, the facts which support your claim._____

_____

_____

2.       Have you presented this claim, or any other claim, concerning the INS detainer or deportation order, and appealed the decision to the appropriate administrative agencies? (NOTE: Board of Immigration Appeals [IBA])
(   ) Yes
(   ) No
If yes, please provide the following information:

a.       To whom did you appeal. (Please list the agency and the district in which you filed a complaint or grievance)

_____

_____

b.       Date of your appeal_____

c.       Were you provided a evidentiary hearing?
(   ) Yes
(   ) No

d.       Result_____

4.       SPECIFICS OF YOUR CLAIM.   STATE CONCISELY EVERY GROUND ON WHICH YOU CLAIM THAT YOU ARE BEING HELD UNLAWFULLY. SUMMARIZE BRIEFLY THE FACTS SUPPORTING EACH GROUND.

5

GROUNDONE *1st Amendment violation: "Retaliation"!*

SUPPORTING FACTS *On 03-31-25 I was written up for Theft, Aggravated Disobedience. I never received a write-up like this in my 12 or 12½ year's of incarceration. I was denied camera footage and my appeal was denied because I told the court I had the intention's to put coffee in my cup. No rule was ever broken.*

GROUNDTWO *5th Amendment states: nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor be deprived of life, liberty, or property, without due process of law;*

SUPPORTING FACTS *On 05-23-13, I was sentenced to good-time credits through a plea bargain from my plea of guilty. And I was recommended to get my G.E.D. and self help classes which I completed. Also, a judgment was made*

GROUNDTHREE *8th Amendment violation: nor cruel and unusual punishments inflicted.*

6

SUPPORTING FACTS *Carolyn Thomas breached/altered my plea bargain. Mrs. Ellington explained in her previous correspondence, this previous offense was found during an audit. Inmates don't go through audit(s). Audit(s) are for inspecting places. Also, in my second step response my Armed robbery was moved from 1997 to 1986.*

GROUND FOUR

SUPPORTING FACTS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _01-12-25_
[Date]

_____
[Signature of Petitioner]

7