LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: RCC

| 1. Name of Offender (First Name) (Last Name) CHARLEY  JAMES | 2. Number 392836 | 3. Date of Incident 03/31/2025 | 4. Time of Incident Approx. 05:50 AM |
|---|---|---|---|
| 5. Place of Incident KITCHEN | 6. Job Assignment (Offender) FARMWKR/GRNHOUSE (Field Crew 6) | | 7. Housing Assignment (Offender) SNOW 3 |
| 8. Rule Violated THEFT, AGGRAVATED DISOBEDIENCE, , , | | 9. Rule Number 22, 5, , , | |

**10. Description of Incident (Include all relevant information):**

On the above date and approximate time I, CSM. Corin Weisbrodt, witnessed Inmate Charley James #392836 filling his personal shaker cup with coffee. Inmates have been told not to bring their personal cups to the kitchen. I immediately confiscated the cup and submitted it as evidence. Evidence form #25033121081 was completed. Lt. Mandy McGehee and Captain Barry Pittman were notified.

**11. Offender Placed in Adm/Seg.** ○ Yes ● No

| 12. Signature of reporting employee | 13. Name, Title, Assignment Weisbrodt, Corin, A |
|---|---|

| 14. Date of Report 03/31/2025 | 15. Time of Report 07:41 AM | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|

| 18. Plea by Offender: ☐ Not Guilty ☐ Guilty | 19. Rule / Verdict ☐ Not Guilty ☐ Guilty |
|---|---|
| 20. Date of Hearing: | 21. Counsel Substitute (Name & DOC Number) |

**22. Motions:**

**23. Reasons for Disposition:**

☐ Report is Clear and Precise

☐ Officer's version is determined to be more credible than Inmate's

☐ Only defense is denying the contents of report

☐ The investigative officer's testimony was deemed more truthful and accurate that the inmate's

☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue

☐ Other

☐ Lack of credible defense/Little or no defense ☐ Based on

☐ Pled guilty

☐ Inmate presented no evidence to refute the charges

☐ Plea barga

**24. Reasons for Sentence**

☐ Seriousness of Offense

☐ Poor conduct record

☐ Other

☐ The need to protect the institution employees or other

A total of       Rule Violation(s). A total of       schedule B violations since       .

A total of       #       rule violations since       .

**25. Sentence**
☐ Suspended
☐ Imposed
_____Days

**26. Sentence** ☐ Suspended _____Days
☐ Imposed

**27. DISCIPLINARY BOARD:** After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept. Reg. No. B-05-003 "Imposition of Restitution."

**Chairman** (Disciplinary Officer)                    **Member**

Form B-05-001-D

## APPEAL FROM THE DISCIPLINARY BOARD

**APPELLANT:** Charlie James # 392836
**ORIGINAL CHARGE:** 22-Theft, 5-Aggravated Disobedience

**CHARGE FOUND GUILTY OF:** Same

**BOARD MEMBERS:** J-Williams-M-Mohon

**DATE OF REPORT:** 3/31/2025

**DATE OF HEARING:** 4/3/2025

**LOCATION OF HEARING:** RCC-Snow

**SENTENCE IMPOSED:** 1-week yard and rec

**COUNSEL:** 375336

**SENTENCE IMPOSED:**  ☒ YES  ☐ NO

**PLEA:**  ☐ GUILTY  ☒ NOT GUILTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ISSUES

1) The Board Erred in finding Appellant Guilty on each of the rule violations
2) The Board violated Appellant's Due-Process rights when it denied the Motion to review DVR footage to ascertain that a "Theft" actually occurred.

## ARGUMENT

**Rule #5-** First there was never an order given to Appellant, Direct or otherwise not to bring his personal drinking cup into the kitchen. The body of the report simply states: Inmates have been told not to bring their personal cups to the kitchen". Appellant moves the Warden to find that this simply does not equate with a "Direct Verbal Order".

**Rule #22-** Secondly, Appellant stated from the beginning of the hearing that he had not yet been able to pour anything into his personal cup when he was confronted by Msgt. Weisbrodt. When the Appellant in this case made a Motion to review DVR footage to prove a theft never occurred, he was denied by the board. The Board Chairman went further and stated, "We know what you intended to do and that is sufficient to find you guilty". Appellant again moves the Warden to reject this erroneous finding.

In closing, The Appellant in this instant case, appeals to the Warden's good judgement that there was **NEVER** an order given to him about not bringing his personal cup to the kitchen, and that this is also not the Tom Cruise Movie, "Minority Report", where we have the foresight to convict the

innocent for future crimes! While the Board Chairman has seen just about everything, I find it hard to believe that he has ability to see into the future and know what the appellant in this case was going to do. Surely this cannot become the new standard...

## **RELIEF DESIRED**

The Appellant in this case respectfully asks that both of these RVR's be dismissed due to the above mentioned issues and arguments. On the Alternative Appellant asks that this RVR be amended to a rule #2- Unauthorized Item.

**DATE OF APPEAL:**

**SUBMITTED BY:** _____
Charlie James # 392836
**NUMBER: LOCATION: Snow Unit**

*(Assisted by: ICS Leland Childress # 375336)*

RCC
APPEAL DECISION

TO:        CHARLEY JAMES            392836        RCC-2025-078
           INMATE NAME              DOC #         DECISION NUMBER

           SNOW 3
           HOUSING

FROM:      Travis Day
           Warden

DATE:      05/06/2025

RE:        DATE OF REPORT: 03/31/2025

           DATE OF HEARING: 04/03/2025

           ORIGINAL CHARGE:  Rule 22  Theft and Rule 5  Aggravated Disobedience

           PLEA:  ☐ GUILTY    ☒ NOT GUILTY

           SENTENCE:  1 week loss of Yard and Recreation

           SENTENCE:  ☒ IMPOSED    ☐ SUSPENDED

           RESTITUTION:  ☐ YES ☒ NO

APPEAL DECISION:    01-DENIED

You pled not guilty to the above rule violation. In your appeal, you claim that the Disciplinary Board erred in finding you guilty on each rule violation and violated your due-process rights when it denied the motion to review video footage to ascertain that a "Theft" actually occurred. You request that the write up be dismissed and removed from your Master Prison Record.

Upon reviewing your appeal, the officer's report is found to be clear and precise. There was no error by the disciplinary board. Stealing from the kitchen is a serious offense, and the officer made it clear in the disciplinary report that he witnessed you filling your personal shaker cup with coffee. In accordance with the Disciplinary Rules and Procedures for Adult Offenders, which defines the charge of Theft, in part, as "No inmate shall have stolen items under his immediate control. No inmate shall have institutional property under his immediate control unless he has specific permission; this includes institutional foodstuffs." Additionally, the board denied your motion to review the camera because you admitted that you intended to get the coffee.

This is your first Rule #22 and your first Rule #5 violation in a twelve month period. The sanctions imposed by the Disciplinary Board conform to the guidelines set forth by the Disciplinary Matrix System. Due to the seriousness of the offense and the need to protect the institution, employees or other, I concur with the Board's decision.

Your appeal is denied.

I am not satisfied with this decision and wish t[...]peal to the Secretary in accordance with the conditions set forth in the "Disciplinary Rules and Proc[...]es for Adult Inmates. "The Secretary will only consider appeal decisions which result in the impose[...]uspended sentences of one or more of the following penalties:  1) Forfeiture of Good Time; 2) [...]v change-minimum to medium if it involves transfer;  3) Custody change to maximum custody;  4) [...]earn incentive wages; 5) Restitution.

DATE: 5-7-25.        OFFENDER SIGNAT[...]

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
STATE OF LOUISIANA
B. B. "SIXTY" RAYBURN CORRECTIONAL CENTER

JEFF M. LANDRY
GOVERNOR



GARY E. WESTCOTT
SECRETARY

TO:   CHARLEY JAMES   #392836
      SNOW 3 / RCC

FROM:   Kevin Luper
        Assistant Warden, Security

DATE:   September 18, 2025

SUBJECT:   Telephone

I have received your letter.

The number 504-669-2047 in not on your current telephone list and with the current changes that have been made by Securus we have no control to add numbers to your list. Securus now has what they call AutoPan. When you call a number and the caller accepts the call the number is added to your list for 90 days, at the end of that 90 days you have to call the number again and when they accept the number is added back to your list. When this started at the first of September your telephone list was deleted by Securus not RCC or DOC. You have no restrictions on your telephone other than the number I previously told you that was blocked.

cc:

Need
Copy

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
STATE OF LOUISIANA
B. B. "SIXTY" RAYBURN CORRECTIONAL CENTER

JEFF M. LANDRY
GOVERNOR



GARY E. WESTCOTT
SECRETARY

TO:              CHARLEY JAMES   #392836
                   SNOW 3 / RCC

FROM:        Randy Bender, Inmate Banking

DATE:         December 03, 2025

SUBJECT:    Hold

At this time you have no holds on your account. The only time a hold is placed on your account is when you have a debt posting against your account. When that happens if you have the funds in your draw account the account will process the debt after midnight. The next day if you had the funds your account would be clear.

cc:           RCC Mailroom/RCC/CORRECTIONS

13



# Department of Public Safety & Corrections
## State of Louisiana

JEFF M. LANDRY
GOVERNOR



GARY E. WESTCOTT
SECRETARY

To:             CHARLEY JAMES  #392836
                    SNOW 3 / RCC

FROM:         Carolyn Thomas
                    ARDC SUPERVISOR

Date:          02/18/2025

Subject:       Question
Control Number:    13

Your letter was forwarded to me by the Warden's Office to look into this matter and respond to your concerns.

Per Department Regulation OP-D-1 Page 9 Section 2)

<u>Diminution of sentence shall not be allowed for an offender in the custody of the Department if the instant offense is a second offense crime of violence as defined by La. R.S. 14:2(B), when the instant offense is committed on or after August 27, 1994 and prior to August 1, 2024. (Act 150 of the 1995 Third Extraordinary Session). (See Attachment A "Crimes of Violence" for additional information).</u>

According to your record, you were convicted of Armed Robbery in 1998 which would have been your first crime of violence. Your current charge of First Degree Robbery, which is also a crime of violence, should have been calculated under ACT 150 to be served flat at the time you were sentenced. As Mrs. Ellington explained in her previous correspondence, this previous offense was found during an audit of all records and your record was updated or corrected accordingly.

Case 2:26-cv-00140-JTM-JVM    Document 3-3    Filed 03/02/26    Page 8 of 26

# *Certificate of Achievement*

is awarded this 29th day of August 2024 to

## CHARLEY JAMES

### #392836

## "Student of the Quarter"

## 'Level D'

at

### B.B. "Sixty" Rayburn Correctional Center

_____
**Ms. Lasonda Luper, Education Coordinator**

_____
**Ms. Pepper Van Norman, Teacher**

© 2016 Great Papers

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  <u>James, Charley 392836</u>                    <u>SNOW 3</u>
                                                    Living Quarters

Response to request dated , received in this office on 03/10/2025

Your complaint has been reviewed and investigated.

Your allegations have been considered. All pertinent documentation surrounding your request have been reviewed. Per Department Regulation OP-D-1 Diminution of sentence shall not be allowed for an offender in the custody of the Department, if the instant offense is a second offense crime of violence as defined by La. R.S. 14:2(B), when the instant offense is committed on or after August 27, 1994. (Act 150 of the 1995 Third Extraordinary Session). A review of your record indicates that you had a prior conviction under La R. S. 14:64 Armed Robbery on February 4, 1998.  Due to this offenses being listed as a crime of violence pursuant to La. R.S. 14:2(B) at the time that you were convicted of your instant offense of La R.S. 14:64.1 First Degree Robbery, which is also a crime of violence, this would make your current offense a second crime of violence for the purpose of denying good time per Act 150 of 1995.

Your request for remedy is denied.

Prepared by:  _____

_____            _____
4/25/25                                              _____
            Date                                          Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(X) I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____
_____

_____            _____
            Date                              Offender's Signature    DOC#

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES**

**CASE NUMBER: RCC-2025-208**

**SECOND STEP RESPONSE FORM
(HEADQUARTERS)**

TO: <u>James, Charley   392836</u>                    <u>RCC</u>
     Offender Name and Number                    Living Unit

Received in this Office on 05/07/2025:

Your request for an Administrative review of ARP #RCC-2025-208 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

You contend a violation of your 8th amendment right ex post facto law by placing you under Act 150 for a second crime of violence.  A review of your record indicates that you do not have a valid complaint.  You cite a violation of your 8th amendment right due to your conviction of Armed Robbery in 1986.  However, Act 150 does not apply to this sentence.  It is applied to the instant offense under Docket #516146 for First Degree Robbery.  Act 150 came into effect during the 1994 State Legislature and was in effect at the time your second crime of violence was committed.  Therefore, you cannot claim your 8th amendment has been violated on this offense as the law was in effect at the commission of the offense, constituting fair notice.  Your time calculation is considered correct and will not be amended in this instance.

No further investigation will be conducted.

<u>7-10-25</u>
Date

Secretary's Signature or His Designee

*recieved on the 31st by mr. B 7:00 - 11:00*

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 1
SECTION "G"  Judge: THE HONORABLE BYRON C WILLIAMS
Minute Clerk: MARCELLE BUTSCHER
Court Reporter: VICTOR DIGIORGIO
Assist. D.A.: LAURA RODRIGUE, MICHAEL DANON, GORDON KUEHL

Date: MONDAY, May 18, 2015
Case Number: 516-143
State of Louisiana
versus
CHARLEY JAMES                    Violation: RS 14 64.1

THE DEFENDANT, CHARLEY JAMES, APPEARED BEFORE THE COURT FOR TRIAL WITH COUNSEL, LEON ROCHE.

THE DEFENDANT, THROUGH COUNSEL, ENTERED INTO A PLEA AGREEMENT WITH THE STATE; WHEREIN, THE STATE AGREED NOT TO MULTIPLE BILL DEFENDANT JAMES IN THIS MATTER.

THE STATE AMENDED COUNT 1 OF THE BILL OF INFORMATION TO READ RS 14 64.1 FIRST DEGREE ROBBERY.

THE DEFENDANT, THROUGH COUNSEL, WITHDREW ALL FORMER PLEAS AND IN LIEU THEREOF ENTERED A PLEA.

AS TO COUNT 1, RS 14 64.1 FIRST DEGREE ROBBERY, GUILTY AS CHARGED.

THIS COURT PERSONALLY INTERROGATED THE DEFENDANT AS TO HIS RIGHTS TO HAVE A TRIAL BY JUDGE OR JURY AND HIS RIGHT TO APPEAL IF CONVICTED; HIS RIGHT TO FACE HIS ACCUSERS, CROSS EXAMINE THE WITNESSES AGAINST HIM AND ENTER EVIDENCE IN HIS OWN BEHALF; HIS RIGHT TO REMAIN SILENT AT HIS TRIAL WHICH COULD NOT BE HELD AGAINST HIM, OR TO TESTIFY IN HIS OWN BEHALF; AND HIS RIGHT AGAINST SELF-INCRIMINATION, RIGHT TO COMPULSORY PROCESS AND TO SUBPOENA WITNESSES ON HIS OWN BEHALF. THE DEFENDANT ACKNOWLEDGED THAT HE UNDERSTOOD THOSE RIGHTS AND THAT BY PLEADING GUILTY, HE WAS GIVING UP THOSE RIGHTS. THE COURT THEN FOUND THAT THE DEFENDANT FREELY AND VOLUNTARILY WAIVED HIS RIGHTS ACCORDED BY LAW AND THAT THERE WAS A SUBSTANTIAL FACTUAL BASIS TO ENTERTAIN A PLEA OF GUILTY. THE COURT ORDERED THE PLEA RECORDED.

THE DEFENDANT, CHARLEY JAMES, THROUGH COUNSEL WAIVED ALL DELAYS AND REQUESTED IMMEDIATE SENTENCING.

THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNT  1, RS 14 64.1:

20 YEARS, AT THE DEPARTMENT OF CORRECTIONS AT HARD LABOR, WITH

GOOD TIME CREDIT.

THIS SENTENCE IS CONCURRENT WITH THESE CASES: ANY OTHER SENTENCE IMPOSED.

THIS SENTENCE IS TO RUN CONCURRENT WITH AND IS COTERMINOUS WITH ANY OTHER SENTENCE.

THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED FROM 05/23/13.

THE FOLLOWING FINES, COSTS, OR FEES ARE ASSESSED:

$286.50 FOR FELONY COURT COSTS;
$ 20.00 DA COSTS ASSESSED (R.S. 16:16.3);

(CONTINUED)

Clerk's Office 7-13 15
A True Copy
Deputy Clerk
by
Hon. Arthur A. Morrell
Clerk of Criminal District Court

SCANNED

```
·CASE:   516-143        D O C K E T   M A S T E R          DATE: 7/06/2015
SECTION: G                                                 TIME:    8:03:47
CLASS: 2                                                   PAGE:         4
                   ORLEANS PARISH CRIMINAL DISTRICT COURT
```

```
=========================================================================
  DATE       PROCEEDINGS
=========================================================================
                                                            BUTSCHERM
 2/02/2015  >NOTIFY DEF.COUNSEL. >PDOJL
                                                            BUTSCHERM
 3/23/2015  >DEFENDANT, CHARLEY JAMES APPEARED WITH COUNSEL, LEON ROCHE FOR
            TRIAL >ON ORAL MOTION BY THE STATE, THE COURT GRANTED A
            CONTINUANCE DUE TO TRIAL IN PROGRESS, STATE V. CHARLEY JAMES,
            CASE NO. 521-237, G >TRIAL CONTINUED TO 05/18/15 >SEND NOTICES.
            >NOTIFY DEF.COUNSEL. >PDOJL
                                                            BUTSCHERM
 5/11/2015  >AS TO DEEFENDANT, CHARLEY JAMES: STATE MOVED THAT THIS MATTER
            BE SET ON 5/12/15; GRANTED. LATER, ATTORNEY, LEON ROCHE, MOVED
            THE STATE TO DECLARE WHICH CASE IT INTENDS TO PROCEED WITH ON
            5/18/15. STATE ADVSIED THAT IT HAS NOT YET MADE THAT
            DETERMINATION. >DISCOVERY HEARING SET FOR 05/12/15 >DEFENDANT'S
            PRESENCE NOT REQUIRED.
                                                            BUTSCHERM
 5/12/2015  >THE DEFENDANT, CHARLEY JAMES APPEARED FOR DISCOVERY HEARING
            WITH COUNSEL, LEON ROCHE STATE OFFERED PLEA AGREEMENT IN THIS
            MATTER. PRE-TRIAL HELD TO NO AVAIL. >TRIAL SET FOR 05/18/15
            >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
            >AS TO DEFENDANT CHARLEY JAMES: STATE MOVED THE COURT TO ISSUE
            INSTANTER SUBPOENAS TO WITNESSES TO APPEAR 5/11/15 FOR TRIAL.
            **CLERK OF COURT, PLEASE PROCESS INSTANTERS FOR 5/11/15 TRIAL.**
                                                            BUTSCHERM
 5/15/2015  >AS TO DEFENDANT, CHARLEY JAMES: IN OPEN COURT STATE FILED:
            -MOTION AND ORDER FOR MATERIAL WITNESS WARRANT AND BOND (3);
            GRANTED. COURT ISSUED $20,000.00 MATERIAL WITNESS WARRANTS FOR
            WITNESSES (3).
                                                            BUTSCHERM
 5/18/2015  >THE DEFENDANT, CHARLEY JAMES APPEARED FOR TRIAL WITH COUNSEL,
            LEON ROCHE THE DEFENDANT, THROUGH COUNSEL, ENTERED INTO A PLEA
            AGREEMENT WITH THE STATE; WHEREIN, THE STATE AGREED NOT TO
            MULTIPLE BILL DEFENDANT JAMES IN THIS MATTER. >COUNT 1 AMENDED
            TO RS 14 64.1 FIRST DEGREE ROBBERY >DEFENDANT PLED GUILTY LIEU·
            THEREOF ENTERED A PLEA. >FOR COUNT 1 RS 14 64.1 PLED GUILTY AS
            CHARGED. >CHARLEY JAMES DEFENDANT WAIVED DELAYS. >SENTENCE: >AS
            TO COUNT   1, RS 14 64.1: >20 YEARS, AT THE DEPARTMENT OF
            CORRECTIONS AT HARD LABOR, WITH GOOD TIME CREDIT. >CONCURRENT
            WITH THESE CASES: ANY OTHER SENTENCE IMPOSED >CONCURRENT AND
            COTERMINOUS WITH ANY OTHER SENTENCE. >CREDIT FOR TIME SERVED
            FROM 05/23/13 >THE FOLLOWING FINES, COSTS, OR FEES ARE
            ASSESSED: >$286.50 FOR FELONY COURT COSTS; >$ 20.00 DA COSTS
            ASSESSED (R.S. 16:16.3); COURT RECOMMENDS DEFENDANT FOR ANY AND
            ALL DOC SELF-HELP PROGRAMS HE MAY BE ELIGIBLE FOR, INCLUDING,
            BUT NOT LIMITED TO GED. COURT ORDERED DEFENDANT IMMEDIATELY
            TRANSPORTED TO DOC. >CASE CLOSED, THIS DEFENDANT.
            >LATER, AS TO DEFENDANT, CHARLEY JAMES STATE MOVED THAT THE
            THREE (3) MATERIAL WITNESS BONDS BE WITHDRAWN AND VACATED;
            GRANTED. COURT ORDERED MATERIAL WITNESS BONDS ISSUED ON 5/15/15
            BE WITHDRAWN, VACATED, AND SET ASIDE. >COUNT 1 AMENDED TO RS 14
            64.1 FIRST DEGREE ROBBERY
            =========================================================================
                           END OF DOCKET MASTER
            =========================================================================
```

A True Copy

Deputy Cler

by

Hon. Arthur A. Morrell
Clerk of Criminal District Court

10016D

```
DATE: 01/09/25              DPS&C CORRECTIONS SERVICES          TIME: 09:30
AMENDED: 10/25/24                MASTER RECORD                  PAGE 1

----------------------- D E S C R I P T I O N -------------------------
DOC #..: 00392836           CURRENT LOC: RAYBURN CORR CENTER
NAME: JAMES, CHARLEY                     B/M      DOB.......: 01/26/1979

SID NUMBER: 001727349       FBI NUMBER: 448970EB9    SOC.SEC....: 434412395
DRIVER LIC:                 -                        STRIKE.....: NO
HGT.......: 6`03            WEIGHT....: 170          HAIR.......: BLACK
EYES......: BROWN           COMPLEXION: DARK BROWN   SHOE SIZE.: 120
PRIMARY LANGUAGE: ENGLISH
******************** R E L E A S E     I N F O R M A T I O N ****************
DN                                               DNA: Y
OFFENDER CLASS: 02          GT ACT.: ACT1099      TEST DATE: 03/25/2004
WRED: 01/10/2026
PED: NOTELG                 DS  ...: 05/10/2030        FTD: 05/11/2033
ECC DATE:    / /            ADJUSTED.: 01/10/2030

PB ACTION..:                                          TOTAL SENTENCE
                            MS ON TOTAL LOSS OF GT     020YRS/ 00MTH/ 00DAYS
TYPE ACTION:                TO DATE: 0240
ACTION DATE:                   RESTORED:     0
                            CTRP Release Factor: 465 DAYS
COMMENTS: AWARDED CTRP PRE-GED MAXED NO CHANGE


DETAINER: Y    DETAINER INFO: LETTER OF  NOTIFICATION


------------------- O F F E N S E    I N F O R M A T I O N -------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 516143 | ORL | NA | 05/18/15 | / | FIRST DEGREE ROBB | 001 | 0200000 | NA | | 099 | 0738 |

Exhibit #2 3

Letter to Wardens
2-14-25.
150 Act

```
DEPARTMENT OF CORRECTIONS                                   DATE : 03/19/25
INMATE MASTER RECORD INFORMATION                            TIME : 15:01:17
==============================================================================
DOC NUMBER...:  392836              STATUS.....: ACTIVE
LAST NAME    :  JAMES               FIRST NAME :  CHARLEY      M.I.:
SENT LENGTH  :  020 YRS. 00 MONS. 00 DAYS
RACE         :  BLACK               DOC SYSTEM ENTRY DATE :   05/26/15
SEX          :  MALE                DISCHARGE DATE :   05/11/33
LAST UPDATE  :  01/24/25            SAVINGS BONDS  :
==============================================================================
LIVING QTRS       : SNOW 3                          LIVING QTRS # : 8502

WORK ASSIGNMENT   : FIELD CREW 6                    WORK ASSIGNMENT # : 2676
                    FARMWKR/GRNHOUSE                       PAY RATE : .999
INC.PAY XFER FLAG:                          INC.PAY XFER DATE.: 20150818
==============================================================================
DRAWING BALANCE :  $       90.26    ->LAST 6 MONTH AVERAGE....:   $      13.45
SAVINGS BALANCE :  $      180.00    ->LAST 6 MONTH AVERAGE....:   $      27.69
RESERVE BALANCE :  $        0.00
TOTAL DEBT OWED :  $        0.00    LAST 6 MTH AVG EARNINGS.:    $     109.17
ACCRUED SALES   :  $       00.00     INSTITUTION LIMIT      :    $     150.00
PERSONAL PROP. ACCRUED:$ 10.00      PERSONAL PROPERRTY LIMIT:   $     250.00
==============================================================================
   PRESS  XMIT  TO REQUEST ANOTHER INQUIRY :    (ENTER  X  TO CANCEL FUNCTION)
```

```
DEPARTMENT OF CORRECTIONS                              DATE : 04/14/25
INMATE MASTER RECORD INFORMATION                       TIME : 10:41:23
=====================================================================
DOC NUMBER...:  392836             STATUS.....: ACTIVE
LAST NAME    :  JAMES              FIRST NAME :  CHARLEY      M.I.:
SENT LENGTH  :  020 YRS. 00 MONS. 00 DAYS
RACE         :  BLACK              DOC SYSTEM ENTRY DATE :   05/26/15
SEX          :  MALE               DISCHARGE DATE :   05/11/33
LAST UPDATE  :  01/24/25           SAVINGS BONDS  :
=====================================================================
LIVING QTRS      : SNOW 3                      LIVING QTRS # : 8502

WORK ASSIGNMENT  : FIELD CREW 6               WORK ASSIGNMENT # : 2676
                   FARMWKR/GRNHOUSE                  PAY RATE : .999
INC.PAY XFER FLAG:                            INC.PAY XFER DATE.: 20150818
=====================================================================
DRAWING BALANCE :   $        7.92   ->LAST 6 MONTH AVERAGE....:  $    18.90
SAVINGS BALANCE :   $      220.00   ->LAST 6 MONTH AVERAGE....:  $    56.92
RESERVE BALANCE :   $        0.00
TOTAL DEBT OWED :   $        0.00    LAST 6 MTH AVG EARNINGS.:  $   136.87
ACCRUED SALES   :   $       00.00     INSTITUTION LIMIT      :  $   150.00
PERSONAL PROP. ACCRUED:$   1.00     PERSONAL PROPERRTY LIMIT:  $   250.00
=====================================================================
   PRESS  XMIT  TO REQUEST ANOTHER INQUIRY :    (ENTER  X  TO CANCEL FUNCTION)
```

9

```
DATE: 12/17/24              DPS&C CORRECTIONS SERVICES           TIME: 13:43
AMENDED: 10/25/24                MASTER RECORD                     PAGE 1

---------------------------- D E S C R I P T I O N ----------------------------
DOC #..: 00392836          CURRENT LOC: RAYBURN CORR CENTER
NAME: JAMES, CHARLEY                      B/M      DOB.......: 01/26/1979

SID NUMBER: 001727349      FBI NUMBER: 448970EB9    SOC.SEC....: 434412395
DRIVER LIC:                -                         STRIKE.....: NO
HGT.......: 6`03           WEIGHT....: 170           HAIR.......: BLACK
EYES......: BROWN          COMPLEXION: DARK BROWN    SHOE SIZE.: 120
PRIMARY LANGUAGE: ENGLISH
******************** R E L E A S E    I N F O R M A T I O N ******************
DN                                                  DNA: Y
OFFENDER CLASS: 02         GT ACT.: ACT1099          TEST DATE: 03/25/2004
WRED: 01/11/2027
PED: NOTELG                DS  ...: 05/10/2030        FTD: 05/11/2033
ECC DATE:    /  /          ADJUSTED.: 01/10/2030

PB ACTION..:                                        TOTAL SENTENCE
                           MS ON TOTAL LOSS OF GT    020YRS/ 00MTH/ 00DAYS
TYPE ACTION:               TO DATE: 0240
ACTION DATE:                  RESTORED:      0
                           CTRP Release Factor: 465 DAYS
COMMENTS: AWARDED CTRP PRE-GED MAXED NO CHANGE


DETAINER: Y    DETAINER INFO: LETTER OF  NOTIFICATION


------------------- O F F E N S E    I N F O R M A T I O N -------------------
```

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 516143 | ORL | NA | 05/18/15 | / | FIRST DEGREE ROBB | 001 | 0200000 | NA | | 099 | 0738 |

My workrelease date never changed.
Can you please tell them to fix this?
my original date is (01-10-26.) ——— this is the current date
How can my workrelase date get pushed back
one year and one day for getting my hi-set?

```
DATE: 02/12/25              DPS&C CORRECTIONS SERVICES          TIME: 12:3
AMENDED: 02/12/25                  MASTER RECORD                   PAGE 1
```

------------------------------ D E S C R I P T I O N ------------------------------

```
DOC #..: 00392836      CURRENT LOC: RAYBURN CORR CENTER
NAME: JAMES, CHARLEY                B/M      DOB.......: 01/26/1979

SID NUMBER: 001727349      FBI NUMBER: 448970EB9      SOC.SEC....: 434412395
DRIVER LIC:                -                          STRIKE.....: NO
HGT.......: 6`03           WEIGHT....: 170            HAIR.......: BLACK
EYES......: BROWN          COMPLEXION: DARK BROWN     SHOE SIZE.: 120
PRIMARY LANGUAGE: ENGLISH
```
******************** R E L E A S E   I N F O R M A T I O N ******************
```
DN                                                        DNA: Y
OFFENDER CLASS: 02         GT ACT.: ACT 150         TEST DATE: 03/25/2004
WRED: 01/12/2030
PED: 05/11/2033            DS   ...: 05/11/2033           FTD: 05/11/2033
ECC DATE:   /  /          ADJUSTED.: 01/11/2033

PB ACTION..:                                         TOTAL SENTENCE
                          MS ON TOTAL LOSS OF GT      020YRS/ 00MTH/ 00DAY
TYPE ACTION:              TO DATE: 0240
ACTION DATE:                 RESTORED:      0
                          CTRP Release Factor: 465 DAYS
COMMENTS: CORRECTED GOOD TIME ACT PRIOR COV


DETAINER: Y    DETAINER INFO: LETTER OF  NOTIFICATION
```

------------------- O F F E N S E   I N F O R M A T I O N -------------------

| DOCKET NUMBER | PAR CON | HW CR | SENTENCE DATE | MOD1&2 | STATUTE | CNT | TERM YYYMMDD | HW CR | REV FLG | GT ACT | APP JCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 516143 | ORL | NA | 05/18/15 | / | FIRST DEGREE ROBB | 001 | 0200000 | NA | | 150 | 0738 |

*Exhibit #5*

```
DATE:12/09/2025                DPS&C CORRECTIONS SERVICES              CRANNUAL
TIME:13:12             CAJUN II - OFFENDER ANNUAL ASSESSMENT           PAGE:1
```

DOC#: 00392836    NAME: JAMES, CHARLEY                BIRTH DATE: 01/26/1979

RACE/SEX: B/M    RELEASING LOCATION: RAYBURN CORR CENTER

SID#..: 001727349    WRED: 01/11/2029         OFFENDER CLASS: 02

PED...: NOTELG      GTD.: NOTELG      DGTD: 01/11/2033    FTD.: 05/11/2033
SERVED:      11     LOSS GOOD TIME:   0240 DAYS

LIVING ASSIGN:    SNOW 3

RELEASING FROM MEDICAL OR MENTAL HEALTH UNIT:

JOB ASSIGNMENT...: FARMWKR/GRNHOUSE

VIOLENT OFFENSES.:   2                    SEX OFFENSES:  0

GANG:

MARTIAL STATUS...: MARRIED                # OF CHILDREN.......: 01

ASSESSMENT DATE..: 12/09/2025             NEXT ASSESSMENT DATE: 12/09/2026

TIGER RISK SCORE...:    - Low       TIGER RISK DATE.....: 02/14/2025

SOAP DATE/DECISION:

---

## R E E N T R Y

FAMILY SUPPORT.........: NO          SEX OFFENDER TREATMENT...: N/A

ANGER MANAGEMENT.......: COMPLETED   VOCATIONAL SKILLS........: N/A

SUBSTANCE ABUSE TRMNT..: NEEDS       12 STEP PROGRAM .........: N/A

---

## P R E R E L E A S E

PROBATION & PAROLE PREP......: COMPLETED    EMPLOYMENT PLAN.........: NO

RESIDENCE PLAN...............: NO           DISCHARGE PLAN..........: NO

INTERSTATE COMPACT INITIATION: NO           COMPLETED PRE RELEASE:
                                            P1 TO P10 COURSES: ALL
                                            PHASE1:  / PHASE2:

---

## D I S C H A R G E   R E F E R R A L S

MEDICAL REFERRAL...............:        MEDICAL MEDICATION.............:
MENTAL HEALTH REFERRAL.........:        MENTAL HEALTH MEDICATION.......:
SUBSTANCE ABUSE REFERRAL.......:        EDUCATION REFERRAL.............:
GOVERNMENT ASSISTANCE..........:

DOC #..: 00392836    NAME..: JAMES, CHARLEY

PG:  2

## I D   F O R M S

```
SSN...................: YES        DATE              DATE
BIRTH CERT/CARD......: N/A         APPLIED: 20230310  RECEIVED.: 20230404
DRIVERS LIC/STATE ID: NEEDS        APPLIED:           RECEIVED.:
MEDICAID NUMBER......:             APPLIED:           RECEIVED.:
MEDICAID PLAN.......:              APPLIED:           SUBMITTED:
OSHA.................: N/A                            CARD RECEIVED:
                                   OTHER..: NOT APPLICABLE
```

## E D U C A T I O N / V O C A T I O N A L

EDUCATION CLAIMED AT INTAKE:  11TH GRADE

| CLASS | LITERAL | BEG DATE | END DATE | E.R. | COMP. EXIT | READ. EXIT | MATH. EXIT | LANG. EXIT |
|-------|---------|----------|----------|------|-----------|-----------|-----------|-----------|
| ABE03 | ABE-DEV STUDIES CLASS 3 | 20050408 | 20050601 | D | 12.9 | 12.9 | 12.9 | 12.9 |
| GED06 | PRE-GED CLASS 6 | 20150714 | 20170412 | D | 5.9 | 5.4 | 6.8 | 5.2 |
| GED06 | PRE-GED CLASS 6 | 20170504 | 20180704 | D | 9.1 | 9.0 | 8.1 | 9.2 |
| GED01 | PRE-GED CLASS 1 | 20221031 | 20230220 | D | 0 | 3 | 3 | 3 |
| GED01 | PRE-GED CLASS 1 | 20240322 | 20241126 | G | 0 | 3 | 3 | 3 |
| SRVSF1 | | 20250113 | 20250314 | C | 0 | 4 | 3 | 4 |
| IC301 | | 20250212 | 20250821 | D | 0 | 4 | 3 | 4 |
| CLA01 | | 20250124 | | | | | | |
| WELD03 | WELDING CLASS 3 | 20250820 | | | | | | |
| WELDL1 | | 20250820 | | | | | | |
| WELDL2 | | 20250820 | | | | | | |
| TABE | TEST SCORES ONLY | 20250820 | | | 0 | 4 | 3 | 3 |

```
     LITERACY............:           ADULT BASIC ED:
     SPECIAL EDUCATION...:           GED...........: COMPLETED
     EDUCATION REFERRAL..:
```

*ER CODES -- D = DROP, T = TRANSFER  G = GRADUATE, C = COMPLETE

## P R O G R A M   P A R T I C I P A T I O N / O T H E R   S K I L L S   A Q U I R E D

| CTRP PROGRAM | COMPLETE DATE | PARTICIPATION BEGIN DT | END DT |
|--------------|---------------|----------------|--------|
| P01 PERSONAL DEVELOPMENT | 20171102 | | |
| P02 PROBLEM SOLVING & DECISION MAKING | 20171102 | | |
| P03 ANGER MANAGEMENT | 20171102 | | |
| P04 VALUES CLARIF, GOAL SETTNG & ACHV | 20171102 | | |
| P05 VICTIMS AWARENESS & RESTITUTION | 20171102 | | |
| P06 EMPLOYMENT SKILLS | 20171102 | | |
| P07 JOB PLACEMENT ASSISTANCE | 20171102 | | |
| P08 MONEY MANAGEMENT | 20171102 | | |
| P09 REENTRY SUPPORT RESOURCES | 20171102 | | |
| P10 COUNSEL ON INDVDUAL COMM RE-ENTRY | 20171102 | | |
| 311 INSIDE/OUT DAD | 20171115 | | |
| 306 ANGER MANAGEMENT: CAGE YOUR RAGE | 20180502 | | |
| 322 THINKING FOR A CHANGE | 20180531 | | |

DOC #..: 00392836    NAME..: JAMES, CHARLEY

PG:  3

## V O C A T I O N A L   S K I L L S   O B T A I N E D

CULINARY ARTS (SERVSAFE)

## I N C A R C E R A T E D   W O R K   H I S T O R Y / S K I L L S

CLAIMED AT INTAKE
COOKING                    LANDSCAPING

CAREER SCOPE: NONE

INSTITUTIONAL JOBS
 2022
========================
DISHWASHER
FARMWKR/GRNHOUSE

## I N S T I T U T I O N A L   C O N D U C T

LOSS OF GOOD TIME IN LAST 90 DAYS:  000 DAYS

|  |  | # OF |
| --- | --- | --- |
|  | YEAR | CONVICTIONS |
| # SCHEDULE B VIOLATIONS: | 2023 -- | 008 |
| (MORE SERIOUS) | 2024 -- | 009 |
|  | 2025 -- | 002 |
| # POSITIVE DRUG SCREENS: | 2023 -- | 000 |
|  | 2024 -- | 000 |
|  | 2025 -- | 001 |
| # SCHEDULE A VIOLATIONS: | 2023 -- | 003 |
|  | 2024 -- | 004 |
|  | 2025 -- | 000 |

DOC #..: 00392836    NAME..: JAMES, CHARLEY                          PG:   4

---

## F A I T H   B A S E D   P R O G R A M   P A R T I C I P A T I O N

```
2023        ACTIVE
2024        ACTIVE
2025        ACTIVE
```

(ACTIVE=55%,OCCASIONAL=<55%,NON-PARTICIPATION)

---

## R E L A T I O N   R E C O R D   S U M M A R Y

| FIRST NAME | LAST NAME | REL CODE | PHONE NUMBER | EMER FLAG | SEQ NUM |
|---|---|---|---|---|---|
| ANNA | PERKINS | GRM | 5043946050 | N | 01 |
| PATRICE | JAMES | MOT | 5046692047 | N | 02 |
| CHARLEY | CLAYTON | FAT |  | N | 03 |
| ROSALYN | HAYWOOD | GRM | 5049751129 | N | 04 |
| SHALINDA | SCOTT | AUN | 5042012065 | N | 05 |
| DAVID | VALERIE | BRO | 2254328901 | Y | 06 |

---

## F A M I L Y   S U P P O R T / V I S I T S

```
2023        NONE
2024        NONE
2025        NONE
```

(FREQUENT = 6-12 ANNUAL, OCCASIONAL = 3-5 ANNUAL, SELDOM = <3 ANNUAL)

---

## I N M A T E   C L U B S   A N D   O R G A N I Z A T I O N S

PREPARED BY
CLASSIFICATION
OFFICER: ___*Melissa Mohon*_____          DATE:_____
         SIGNATURE

         _____          _____
         PRINTED NAME/TITLE                OFFENDER



3rd step
extension

1-28-25
4

### This is a Grievance Under the Administrative Remedy Procedure

In my bill of information I was sentenced to no multi-bill and to receive good-time at hard labor. I've been under 1099 Act for over (11) eleven year's and been at R.C.C. for almost (3) three year's. I received my Hi-set and my WRED was messed-up and I asked Warden Karla Wheat and Warden Beckham to fix it and they did. After that my Act was changed. Ms. Jennifer Ellington stated my record was audited and the error was found. Another social worker told me inmate's don't get audited. Ms. Carolyn Thomas stated my current charge of First Degree Robbery should have been calculated under Act 150 to be served flat at the time I was sentenced. I was also under investigation for a ranking officer and recently received a write-up for theft and aggravated disobedience so I became a target to have to go through an audit when I received my Hi-set and a certification of ServSafe. I was refused camera footage and there's a pending investigation for the write-up. During my incarceration i've never received these many write-up's anywhere but R.C.C. I don't have a parole date. My good-time is still on my master record and flat time is a multi-bill. I'm going to continue to rehabilitate myself upon my release. Certain positive inmate's are target's at R.C.C. This mean's my plea bargain has been breached.

## Relief Requested

I'm requesting to be transferred. I'm requesting for the retaliation to cease. ~~Two~~ ~~letter's are enclosed from Ms. Carolyn Thomas and Jennifer Ellington.~~

Charly Br

I'm requesting for Headquarter's

to review my bill of information, Court minute, docket master, District Attorney's Statement of Fact's.

(Enclosed are achievements)

1) Vet's Prep Class

2) Serv Safe Domain Summary

3) High School Equivalency Diploma

4) Certificate of Achievement Hi-set

Course Name:ServSafe Food Protection Manager Certification Examination
Student:CHARLEY JAMES

Case 2:26-cv-00140-JTM-JVM    Document 3-3    Filed 03/02/26

| Test Form | Pass Percent Score | Your Percent Sc |
|---|---|---|
| 10911 | 70% | 72% |

# DOMAIN SUMMARY

| Domain | % Score |
|---|---|
| Domain 01: Mgmt of Food Safety Practices | 50% |
| Domain 02: Hygiene and Health | 83% |
| Domain 03: Safe Recpt, Stor, Trans, and Disp of Food | 100% |
| Domain 04: Safe Prep and Cooking of Food | 53% |
| Domain 05:Safe Service and Display of Food | 88% |
| Domain 06: Cleanliness and Sanitation | 75% |
| Domain 07: Facilities and Equipment | 58% |

RECEIVED

MAY 0 1 2025

BY: ............

# State of Louisiana

## High School Equivalency Diploma

*This certifies that*

# Charley James

*has satisfactorily completed the Louisiana High School Equivalency Test which represents an educational achievement equivalent to completion of the Course of Study prescribed by the State of Louisiana. Therefore, in recognition of such educational achievement, we award this Equivalency Diploma from the Louisiana Community & Technical College System.*

*Given this 26th Day of November A.D. 2024.*

Monty Sullivan
President, Louisiana Community and
Technical College System

Willie L. Mount
Chair, Louisiana Community and
Technical College System
Board of Supervisors

Certificate Number: TNee0a877a-233146b2

Date of Issuance: 11/26/2024



**VETERANS INCARCERATED**
**VET'S PREP CLASS**
**B.B "Sixty" Rayburn Correctional Center**

## Congratulations !

*Charley James #392836*  January 30, 2025

You have successfully completed your 6 month stay in the Vet's Prep class. If you apply the skills you have learned, you will achieve your desired goals in which you seek. Remember, you play the most important role in your own education. Hard work will pay off in any educational endeavor you may pursue. You have improved in the last 6 months, and I have no doubt that you will continue to succeed. Congratulations again and remember, you hold the key to your future. Good luck.

Vice Commander of Education,

*Jonathan Mason*

Post Commander,

*Walter Sologaistoa*

Vet's Sponsor

*Asst. Warden Karla Wheat*