**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLEY JAMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-140** |
| **CAROLYN THOMAS, ET AL.** | **SECTION: "H"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the Objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Charley James's petition for issuance of a writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his state administrative and judicial remedies.

New Orleans, Louisiana, this 3rd day of August, 2026.

_____
**UNITED STATES DISTRICT JUDGE**